AUSA Guess

# United States District Court

For the Western District of Texas
Austin Division

**FILED**
April 28, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____VAR_____
DEPUTY

| | |
|---|---|
| United States of America, § § | |
| v. § § | Case Number: |
| **Oscar Barcenas-Maya** § | **1:25-MJ-500** |
| Aka: Oscar Barcenas Maya, Oscar § | |
| Barcenas, Javier Barcenas Maya, Oscar § | |
| Maya | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about **April 24**, **2025**, in the county of **Bastrop**, in the Western District of Texas, the defendant, **Oscar Barcenas-Maya**, violated Title 8, United States Code section 1326.

This criminal complaint is based upon the following facts:

On or about **April 24, 2025**, the defendant, an alien, was found in the Bastrop County Jail, in Bastrop, Texas, within the Western District of Texas**.** A deportation officer lodged a detainer after identifying the defendant and subsequent queries identified the defendant as a previously removed alien.

Investigation and records of the Immigration and Customs Enforcement establish that the defendant is an alien who was previously removed from the United States to **Mexico** on or about **January 17**, **2011**, and that he unlawfully and illegally reentered the United States without having obtained permission from the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission.

_____
Signature of Complainant (A. Rossy)
Deportation Officer
Immigration and Customs Enforcement

Submitted and sworn to electronically and signed by me pursuant to Fed. R. Crim P. 4.1 and 4(d)

| | | |
|---|---|---|
| **April 28, 2025** | | Austin, Texas |
| _____ | at | _____ |
| Date | | City and State |

Susan Hightower
United States Magistrate Judge
_____      _____
Name & Title of Judicial Officer            Signature of Judicial Officer